IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CLARENCE HENRY DANIELS,	*

    Plaintiff	*

vs.	*

                           CASE NO. 5:07-CV-308 (CDL)

JAMES E. DONALD, et al.,	*

    Defendants	*

ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on November 6, 2007 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 4th day of March, 2008.

                                                S/Clay D. Land
                                                   CLAY D. LAND
                                         UNITED STATES DISTRICT JUDGE