IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLARENCE HENRY DANIELS, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 5:07-CV-308 (CDL) |
| LIEUTENANT WILLIAMS, | * |
| Defendant | * |
| | * |

ORDER ON RECOMMENDATION OF UNITED
STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on May 28, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 18th day of July, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE